[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12072

_____

D.C. Docket No. 1:09-cv-23128-ASG

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 15, 2011
JOHN LEY
CLERK

PRESTIGE RESTAURANTS AND ENTERTAINMENT, INC.,
a Florida corporation,

Plaintiff - Appellant,

versus

BAYSIDE SEAFOOD RESTURANT, INC.,
BLUE GREEN BAY CORPORATION,
Florida corporations,
ARMANDO LACASA,
CARLOS LACASA,
individually,
MIAMI POLICE OFFICER,
Marta Carbana, badge #6157, in her individual and
official capacities, et al.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 15, 2011)

Before TJOFLAT and BARKETT, Circuit Judges, and STEELE,[*] District Judge.

PER CURIAM:

Prestige Restaurants and Entertainment, Inc. appeals the dismissal of its 42 U.S.C. § 1983 claims against defendants Blue Green Bay Corporation ("BGB"), Armando Lacasa and Carlos Lacasa, the City of Miami, Miami Police Sergeant Martha Carbana, and Miami Police Commander Lorenzo Whitehead alleging that the defendants unreasonable seized its property, and the dismissal of its § 1981 and § 1982 claims against BGB and the Lacasas alleging that they unlawfully discriminated against Prestige on the basis of the race of its clientele.

We review de novo the district court's grant of the defendants' motion to dismiss under Rule 12(b)(6) for failure to state a claim, accepting the allegations in the complaint as true and construing them in the light most favorable to the plaintiff. Mills v. Foremost Ins. Co., 511 F.3d 1300, 1303 (11th Cir. 2008). After careful review of the record and the parties' briefs, and having had the benefit of oral argument, we find no reversible error in the district court's order dismissing the Amended Complaint.

**AFFIRMED.**

---

[*] Honorable John E. Steele, United States District Judge for the Middle District of Florida, sitting by designation.